# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY et al., | CASE NO. 2:23-cv-01270-LK |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| JACKSON U. SULLIVAN et al., | |
| Defendants. | |

This matter comes before the Court on the parties' Stipulated Order of Dismissal With Prejudice. Dkt. No. 25. Pursuant to the parties' stipulation, this case is dismissed with prejudice and without court-ordered fees or costs to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).[1]

Dated this 7th day of June, 2024.

Lauren King
United States District Judge

---

[1] The Court notes that a voluntary dismissal by stipulation under Rule 41(a)(1)(A)(ii) is effective immediately upon filing and does not require judicial approval.

ORDER OF DISMISSAL - 1